IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAY & ZIMMERMAN, INC., ET. AL., : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-6008 |
| SOC-SMG, INC., : | |
|     Defendants. : | |

**ORDER**

**AND NOW** this _____ day of October, 2012, upon consideration Plaintiffs' Day & Zimmermann, Inc. & The Day & Zimmerman Group, Inc. Complaint to Vacate Arbitration Award (Doc. 1), Defendant SOC-SMG, Inc.'s Motion to Dismiss Plaintiff's Complaint and Expedited Motion to Confirm the Interim Arbitration Award (Doc. 4), Plaintiffs' Response in Opposition thereto (Doc. 8 and 9), Defendant's Motion to Confirm the Final Arbitration Award (Doc. 12), Plaintiff's Response in Opposition to Defendant's Motion to Confirm the Arbitration Award (Doc. 14) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Confirm Arbitration Award (Doc. 15), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Confirm the both the Interim and Final Arbitration Award is **GRANTED**. Judgment is therefore entered in favor of SMG and against Day & Zimmerman, Inc. and The Day & Zimmerman Group, Inc. in the amount of $5,574,259.38 plus attorneys' fees and post judgment interest.

    **IT IS FURTHER ORDERED** that

    1)     Defendant's Motion to File Discrete Reply Briefs in Support of SOC-SMG, Inc.'s Motion to Dismiss is GRANTED.

2) The Clerk of court shall mark the above-captioned case as **CLOSED**.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**